IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| SIGMA-TAU PHARMACEUTICALS, INC. | |
| Plaintiff, | Civil Action No.: CCB-01-CV-1377 |
| v. | |
| BERNARD A. SCHWETZ, D.V.M., Ph.D., Acting Principal Deputy Commissioner of Food and Drugs, et al. | RECEIVED IN THE OFFICE OF CATHERINE C. BLAKE |
| Defendants. | UNITED STATES DISTRICT JUDGE |

### ORDER

Upon consideration of Plaintiff Sigma-Tau Pharmaceuticals, Inc.'s Motion for Leave to File Memorandum Exceeding Fifty Pages, *and there being no opposition,* the Court grants the Motion.

Accordingly, it is hereby ORDERED that Plaintiff may file its Memorandum in Support of Motion for Preliminary Injunction in excess of fifty pages.

Entered this 12 day of June, 2001.

_____
Judge, United States District Court