IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIGMA-TAU PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARD A. SCHWETZ, D.V.M., Ph.D., ) <br> Acting Principal Deputy Commissioner ) <br> of Food and Drugs, et al., ) <br> ) <br> Defendants. ) <br> ) <br> GENSIA SICOR PHARMACEUTICALS, INC., ) <br> ) <br> Intervenor-Defendant. ) | Civil Action No.  CCB-01-CV1377 |

## ORDER

Under consideration of the Motion of Gensia Sicor for Leave to File a Sur-Reply In Opposition to Sigma-Tau's Motion for Preliminary Injunction, and that, as indicated in that motion, the other parties in this action do not object to Gensia Sicor's request, and all papers of record, it is this _11_ day of _July_, 2001, hereby ORDERED that:

1. Gensia Sicor's Motion be, and hereby is, GRANTED;

2. Gensia Sicor's Sur-Reply in Opposition to Sigma-Tau's Motion for Preliminary Injunction is deemed filed;

3. the Clerk shall docket this order and mail copies to counsel of record.

_____
Judge Catherine C. Blake
U.S. District Court for the District of Maryland