IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

SIGMA-TAU PHARMACEUTICALS, INC.

        Plaintiff,

   v.

BERNARD A. SCHWETZ, D.V.M., Ph.D.,
Acting Principal Deputy Commissioner
of Food and Drugs, et al.

        DEFENDANTS.

Civil Action No.: CCB-01-CV-1377

## STIPULATION EXTENDING TIME FOR RESPONSE TO MOTION TO DISMISS

Plaintiff, Sigma-Tau Pharmaceuticals, Inc., and Defendant, Gensia Sicor Pharmaceuticals, Inc., stipulate and agree that the time for Plaintiff to file a response to Gensia Sicor Pharmaceuticals, Inc.'s Motion to Dismiss shall be extended until August 3, 2001.

_____
Mark D. Gately (Fed. Bar No. 00134)
Steven F. Barley (Fed. Bar No. 10049)
Hogan & Hartson L.L.P.
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700
(410) 539-6981 (fax)

Attorneys for Plaintiff
Sigma-Tau Pharmaceuticals, Inc.

_____ / with permission
David G. Adams
Venable, Baetjer, Howard and
Civiletti, LLP
1201 New York Avenue, N.W.
Suite 1100
Washington, DC 20005
(202) 962-4800
(202) 962-8300 (fax), and

\\\BA - 62576/9 - #117583 v1

>               John T. Prisbe (Fed. Bar No. 04669)
>               Venable, Baetjer and Howard, LLP
>               Two Hopkins Plaza
>               Suite 1800
>               Baltimore, MD 21201
>               (410) 244-7400
>               (410) 244-7742 (fax)
>
>               Counsel for Gensia Sicor
>               Pharmaceuticals, Inc.

IT IS SO ORDERED this ___25___ day of July, 2001.

_____
Judge Catherine C. Blake
U.S. District Court for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2001, a copy of the foregoing Stipulation Extending Time for Response to Motion to Dismiss was served by facsimile and first-class mail, postage prepaid to:

>David G. Adams, Esquire
>Venable, Baetjer, Howard & Civiletti, LLP
>1201 New York Avenue, N.W.
>Suite 1000
>Washington, D.C. 20005
>
>Larry D. Adams, Esquire
>Assistant United States Attorney
>United States Attorney, District of Maryland
>6625 U.S. Court House
>101 W. Lombard Street
>Baltimore, MD 21201-2692
>
>Barbara J. Stradling, Esquire
>United States Department of Justice
>Office of Consumer Litigation
>1331 Pennsylvania Avenue, N.W.
>Suite 950N
>Washington, D.C. 20004
>
>Carl Turner, Esquire
>Associate Chief Counsel
>U.S. Food and Drug Administration
>Food and Drug Administration
>Parklawn Building, Room 6-82
>5600 Fishers Lane (GCF-1)
>Rockville, MD 20857

_____
Mark D. Gately