IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -3  P 12: 42

CLERK'S OFFIC..
AT BALTIMORE
_____ DEPUTY

| | | |
|---|---|---|
| SIGMA-TAU PHARMACEUTICALS, INC. | : | |
| v. | : | CIVIL NO. CCB-01-1377 |
| BERNARD A. SCHWETZ, D.V.M., Ph.D., Acting Principal Deputy Commissioner of Food and Drugs, et al. | : : : | |

...oOo...

## ORDER

For the reasons stated on the record in open court on July 13, 2001, it is hereby

**ORDERED** that:

The motion of plaintiff Sigma-Tau Pharmaceuticals, Inc. for Preliminary Injunction is **Denied**.

_August 3, 2001_
Date

_____
Catherine C. Blake
United States District Judge