IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

SIGMA-TAU PHARMACEUTICALS,
INC.

        Plaintiff,

   v.

BERNARD A. SCHWETZ, D.V.M.,
Ph.D.,
Acting Principal Deputy Commissioner
of Food and Drugs, et al.

        Defendants.

2001 JUL 31  P 4: 11

CLERK'S OFFICE
AT BALTIMORE

Civil Action No. CCB-01-CV-1377
BY_____DEPUTY

## STIPULATION AND ORDER REGARDING TREATMENT OF PREVIOUSLY FILED MOTIONS AS MOTIONS FOR SUMMARY JUDGMENT

      In accordance with discussions had at a conference with the Court on July 13, 2001, subsequent to the hearing and decision on Plaintiff's Motion for Preliminary Injunction, the parties have decided to stipulate and agree that motions and supporting memoranda previously filed with the Court be construed and considered by the Court as cross-motions for summary judgment and briefs in support of such motions. This will allow the Court to issue a final judgment in this matter without the need for additional submissions by the parties on issues that all parties and the Court agree have been fully and thoroughly briefed and argued to the Court. Accordingly, the parties stipulate and agree as follows:

      1.    The motion of Plaintiff, Sigma-Tau Pharmaceuticals, Inc. ("Sigma-Tau") for preliminary injunction, filed with this Court on or about June 11, 2001, shall, in addition to being considered as a Motion for Preliminary Injunction,

also be treated as a Motion for Summary Judgment by which Sigma-Tau requests

that the Court enter judgment in its favor declaring the Food and Drug

Administration's ("FDA") approval on March 29, 2001 of the abbreviated new drug

applications ("ANDAs") of Gensia Sicor Pharmaceuticals, Inc. ("GS") and Bedford

Laboratories ("Bedford") to be invalid as arbitrary and capricious, an abuse of FDA's

discretion, or otherwise not in accordance with the Federal Food, Drug and

Cosmetic Act (including sections 505(j) and 527(a) of that Act), or the

Administrative Procedure Act (including section 706 of that Act).  Additionally, this

Motion for Summary Judgment shall be construed as requesting a permanent

injunction against approval of the GS and Bedford ANDAs until December 2006,

that being the expiration of the period of exclusivity accorded Sigma-Tau under the

Orphan Drug Act for use of its levocarnitine injection drug product known as

Carnitor® for the treatment of End Stage Renal Disease ("ESRD") patients.

Finally, the Motion for Summary Judgment shall be construed as requesting such

other and further relief as the Court may deem appropriate.

      2.     In support of its Motion for Summary Judgment, and in

opposition to Defendants' Cross-Motion for Summary Judgment, Sigma-Tau relies

upon and incorporates the memoranda and supporting materials previously

submitted to the Court in support of its Motion for Preliminary Injunction and

Motion for Temporary Restraining Order, the oral arguments before the Court on

those motions, and the Administrative Record for the approval of the GS and

Bedford ANDAs.

- 2 -

3.      The motion of GS to dismiss filed with this Court on or about August 9, 2001 shall be converted into and treated as a Cross-Motion for Summary Judgment on behalf of GS.  Further, Defendants Bernard A. Schwetz, D.V.M., Ph.D. and Tommy G. Thompson (the "Federal Defendants") join in and adopt this Cross-Motion for Summary Judgment.

4.      By their Cross-Motion for Summary Judgment, GS and the Federal Defendants ask that this Court enter a final judgment in their favor and find that the approvals of the GS and Bedford ANDAs on or about March 29, 2001 were valid and were not arbitrary and capricious, an abuse of discretion, or otherwise a violation of law and that such approvals were appropriate and permissible under the Federal Food, Drug and Cosmetic Act (including sections 505(j) and 527(a) of that Act), and the Administrative Procedure Act (including section 706 of that Act).  Further, GS and the Federal Defendants, by their Cross-Motion for Summary Judgment, ask that this Court deny Sigma-Tau's request for a permanent injunction.  Finally, GS and the Federal Defendants, by their Cross-Motion for Summary Judgment, ask this Court for such other and further relief as the Court may deem appropriate.

5.      In support of their Cross-Motion for Summary Judgment, and in opposition to Sigma-Tau's Motion for Summary Judgment, GS and the Federal Defendants rely upon and incorporate their memoranda and supporting papers filed with this Court in opposition to Sigma-Tau's Motion for Preliminary Injunction and those filed in opposition to Sigma-Tau's Motion for Temporary Restraining Order,

- 3 -

the oral arguments before the Court on those motions, and the Administrative Record for the approval of the GS and Bedford ANDAs.

6.      All parties agree that Sigma-Tau's Motion Summary Judgment and GS's and the Federal Defendants' Cross-Motion for Summary Judgment have been fully briefed and are ripe for decision by this Court.

It is SO ORDERED this _3rd_ day of _August_, 2001

_____

Judge Catherine C. Blake

_____

Mark D. Gately (F.B. No. 00134)
Steven F. Barley (F.B. No. 10049)
HOGAN & HARTSON L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD 21202
telephone:   (410) 659-2700

Counsel for Sigma-Tau
Pharmaceuticals, Inc.

Stephen M. Schenning
United States Attorney

Stuart E. Schiffer
Acting Assistant Attorney General

_____

Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
telephone:   (410) 209-4800

- 4 -

David G. Adams
VENABLE, BAETJER, HOWARD
AND CIVILETTI, LLP
1201 New York Avenue, NW
Suite 1100
Washington, D.C. 20005
telephone:   (202) 962-4800

Barbara J. Stradling
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
telephone:   (202) 616-2377

Counsel for Federal Defendants

John T. Prisbe (#04669)
VENABLE, BAETJER AND
HOWARD, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
telephone:   (410) 244-7400

Counsel for Gensia Sicor
Pharmaceuticals, Inc.

Of Counsel:

Michael M. Landa
Acting Chief Counsel

Carl Turner
Associate Chief Counsel
U.S. Food and Drug Administration

- 5 -